UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATON CENTER, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>REGENCE BLUE CROSS BLUE SHIELD OF OREGON, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-00497-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

Having reviewed the parties' Joint Motion to Dismiss (ECF No. 37), filed pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing,

IT IS HEREBY ORDERED that this action, Case No. 3:20-cv-00497-WQH-BGS, is dismissed in its entirety, with prejudice; and each party shall bear its own costs and fees. The Clerk of the Court shall close the case.

Dated: April 18, 2022

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court